JAMES E. HARPER, ESQ.
Nevada Bar No.: 9822
HARPER LAW GROUP
1935 Village Center Circle
Las Vegas, Nevada 89134
Ph.:   (702) 948-9240
Fax:   (702) 778-6600
E-Mail:   eservice@harperlawlv.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JILL COOK,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.:   2:14-cv-00524-RFB-PAL<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT STATE FARM'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR PRODCUTION OF DOCUMENTS AND REQUEST FOR SANCTIONS<br><br>(First Request) |

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm") by and through its attorney, HAPRER LAW GROUP, and Plaintiff JILL COOK, by and through her attorneys, PRINCE | KEATING, hereby submit this Stipulation and Order to Continue Hearing on Plaintiff's Motion to Compel Defendant State Farm's Responses to Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents and Request for Sanctions (Doc. # 27) pursuant to LR 6-2 and 7-1.

On January 21, 2105, this Court issued an order setting the hearing on Plaintiff's Motion for March 3, 2015 at 10:00 a.m. (Doc. # 28). On that date, counsel for State Farm will be out of the

1

country on a pre-planned family vacation to Cape Town, South Africa to celebrate his grandmother's 100th birthday. As such, the date set for this hearing should, respectfully, be re-set for February 26, 2015 at 10:00 am. This is the parties' first request to reschedule the hearing, and is not made for an improper purpose or to unnecessarily frustrate the proceedings or Court's schedule.

DATED this 30th day of January 2015.

PRINCE | KEATING

*/s/ Christina M. Mamer*
DENNIS M. PRINCE
Nevada Bar No. 5092
CHRISTINA M. MAMER
Nevada Bar No. 13181
9130 West Russell Road, Ste. 200
Las Vegas, NV 89148

*Attorneys for Plaintiff*

DATED this 30th day of January 2015.

HARPER LAW GROUP

*/s/ James E. Harper*
JAMES E. HARPER
Nevada Bar No. 9822
1935 Village Center Circle
Las Vegas, NV 89134

*Attorney for Defendant*

## ORDER

IT IS SO ORDERED.

DATED: February 2, 2015

_____
UNITED STATES MAGISTRATE JUDGE