UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JILL COOK,<br><br>  Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 2:14-cv-00524-RFB-PAL<br><br>**ORDER**<br><br>(Mot. to Seal – Dkt. #57) |

Before the Court is Plaintiff Jill Cook's Motion to Seal (Dkt. #57). On September 23, 2015, the Court entered an Order (Dkt. #60) unsealing Plaintiff's Motion to Compel (Dkt. #56). However, the Court allowed the exhibits to the motion to remain sealed and gave Defendant State Farm Mutual Automobile Insurance Company until **October 5, 2015**, to file an appropriate memorandum of points and authorities to show good cause why the exhibits should remain under seal. *See* Order (Dkt. #60). Defendant was warned that a failure to timely file a memorandum would result in unsealing all of the attached exhibits. *Id*. To date, Defendant has not filed a memorandum to support the continued sealing of those exhibits.

Having reviewed and considered the matter in accordance with the Ninth Circuit's directives set forth in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), the Court finds that the party designating the documents as confidential has not met its burden of establishing good cause for these documents to remain sealed. Accordingly,

/ / /

/ / /

/ / /

/ / /

1

**IT IS ORDERED** that:

1. Plaintiff's Motion to Seal (Dkt. #57) is **DENIED**.
2. The Clerk of the Court is instructed to **UNSEAL** the exhibits attached to Plaintiff's Motion to Compel (Dkt. #56).

DATED this 9th day of November, 2015.

                        PEGGY A. LEEN
                        UNITED STATES MAGISTRATE JUDGE